

# National Court Reporters, Inc.
7835 Freeway Circle
Middleburg Heights, OH 44130
440-826-4000  Fax# 440-826-0361

# Invoice

| Invoice Date | Invoice # |
|---|---|
| 4/13/2015 | 19808 |

**Bill To:**

Evan Newman, Esq.
Newman Law, P.C.
377 Pearsall Ave, Suite C
Cedarhurst, NY 11516

**In Re:**

Samuels et al vs. Greenberg et al

*For your convenience:*
*We accept Visa, Mastercard,*
*American Express and Discover*

**Tax I.D. 20-2169149**

**Case No.**

| Job Date | Deponent | Service | Description | Quantity | Rate Per | Amount |
|---|---|---|---|---|---|---|
| 3/10/2015 | Shalom Lipskar | Appearance Court ... | Appearance Court Reporter (1/2 day rate - 1-4 hours) (Quoted) | | 150.00 | 150.00 |
| | | Transcript Original | Transcript Original +1 (includes word index) (Quoted) | 99 | 4.50 | 445.50 |
| | | E-Transcript | E-Transcript | | 50.00 | 50.00 |
| | | ASCII or Condensed | ASCII or Condensed | | 49.00 | 49.00 |
| | | Administration Fee | Administration Fee | | 49.00 | 49.00 |
| | | Shipping & Handli... | Shipping and Handling | | 37.50 | 37.50 |
| | | | | | | 781.00 |
| 3/17/2015 | Aviva Greenberg | Appearance Court ... | Appearance Court Reporter (1/2 day rate - 1-4 hours) (Quoted) | | 150.00 | 150.00 |
| | | Transcript Original | Transcript Original +1 (includes word index) (Quoted) | 96 | 4.50 | 432.00 |
| | | E-Transcript | E-Transcript | | 50.00 | 50.00 |
| | | ASCII or Condensed | ASCII or Condensed | | 49.00 | 49.00 |
| | | Reading & Signing | Read and Sign | | 125.00 | 125.00 |
| | | | | | | 806.00 |
| | Sam Greenberg | Transcript Original | Transcript Original +1 (includes word index) (Quoted) | 47 | 4.50 | 211.50 |
| | | E-Transcript | E-Transcript | | 50.00 | 50.00 |
| | | ASCII or Condensed | ASCII or Condensed | | 49.00 | 49.00 |
| | | Reading & Signing | Read and Sign | | 125.00 | 125.00 |
| | | Administration Fee | Administration Fee | | 49.00 | 49.00 |

*****Invoice due upon receipt and is not contingent upon client payment*****

All invoices over 30 days are subject to collection fees,
including, but not limited to:
A monthly administrative fee of $50 and maximum
interest rate allowable by law.

**Total**

**Payments/Credits**

**Balance Due**

| Phone # | Fax # |
|---|---|
| 440-826-4000 | 440-826-0361 |

NATIONAL COURT REPORTERS, INC. VALUES YOUR BUSINESS. WE KNOW THAT YOU HAVE CHOICES AND
WE APPRECIATE YOUR PAGE 1 CHOOSING OUR FIRM.



# National Court Reporters, Inc.
7835 Freeway Circle
Middleburg Heights, OH 44130
440-826-4000   Fax# 440-826-0361

# Invoice

| Invoice Date | Invoice # |
|---|---|
| 4/13/2015 | 19808 |

**Bill To:**

Evan Newman, Esq.
Newman Law, P.C.
377 Pearsall Ave, Suite C
Cedarhurst, NY 11516

**In Re:**

Samuels et al vs. Greenberg et al

*For your convenience:*
*We accept Visa, Mastercard,*
*American Express and Discover*

**Case No.**

## Tax I.D. 20-2169149

| Job Date | Deponent | Service | Description | Quantity | Rate Per | Amount |
|---|---|---|---|---|---|---|
| | | Shipping & Handli... | Shipping and Handling | | 37.50 | 37.50 |
| | | | | | | 522.00 |

*****Invoice due upon receipt and is not contingent upon client payment*****

| Total | $2,109.00 |
|---|---|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $2,109.00 |

All invoices over 30 days are subject to collection fees,
including, but not limited to:
A monthly administrative fee of $50 and maximum
interest rate allowable by law.

| Phone # | Fax # |
|---|---|
| 440-826-4000 | 440-826-0361 |

NATIONAL COURT REPORTERS, INC. VALUES YOUR BUSINESS. WE KNOW THAT YOU HAVE CHOICES AND
WE APPRECIATE YOUR FIRM CHOOSING OUR FIRM.